UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ANTHONY DOBBINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TENNESSEE VALLEY AUTHORITY, )<br>)<br>Defendant. ) | No. 3:05-CV-78<br>(Shirley) |

### **MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636 (c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment. [Doc. 52]. The matters presently under consideration are Defendant's Motion for Leave to Present Additional Written Argument [Doc. 55] and Plaintiff's Motion for Leave to File Written Argument [Doc. 56]. Both motions pertain to a summary judgment hearing held before this Court on February 12, 2007.

Defendant Tennessee Valley Authority moved [Doc. 55] for leave to present additional written argument in support of its motion for summary judgment [Doc. 35]. The materials [Doc. 54] Defendant moved to submit included items requested by the Court during the summary judgment hearing. Plaintiff Dobbins similarly moved [Doc. 56] for leave to present supplemental written argument in opposition to Defendant's motion for summary judgment. The materials Plaintiff moved to submit were attached as exhibits to his motion and also included items requested by the Court.

The Court did request that the parties file additional documentation of certain issues that arose during the summary judgment hearing. It appears to the Court that these supplementary filings contain not only the documents requested, but also appear to raise new substantive issues. Nonetheless, for good cause shown, the Court **GRANTS** both parties' motions [Docs. 55, 56]. Accordingly, the materials presented will be considered in this Court's ruling on Defendant's motion for summary judgment [Doc. 35]. If the parties desire to respond to the supplementary filings of the opposing party, such briefs should be filed on or before **March 16, 2007**.

**IT IS SO ORDERED.**

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge