UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

ANTHONY DOBBINS,                )
                                )
         Plaintiff,             )
                                )
v.                              )     No. 3:05-CV-78
                                )     (Shirley)
TENNESSEE VALLEY AUTHORITY,     )
et al.,                         )
                                )
         Defendants.            )

## MEMORANDUM AND ORDER

This civil action is before the Court pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 52]. On August 13, 2007, the parties came before the Court for oral argument on defendant's second motion for summary judgment [Doc. 61]. Linda Welch was present on behalf of the plaintiff and John Slater was present on behalf of the defendants. During the hearing, plaintiff's counsel made an oral motion to continue. As grounds, plaintiff's counsel stated that a member of her family is terminally ill and that she is assisting in the care of that family member. Defense counsel advised the Court that the defendants do not oppose plaintiff's motion.

For good cause shown, plaintiff's oral motion to continue is hereby **GRANTED**. Accordingly, the trial scheduled for August 28, 2007, is hereby **CANCELLED** and **RESCHEDULED** for **November 13, 2007, at 9:00 a.m.** The final pretrial conference scheduled

for August 13, 2007, is hereby **CANCELLED** and **RESCHEDULED** for **October 29, 2007, at 10:00 a.m.**

        **IT IS SO ORDERED.**

                                        **ENTER:**

                                          _s/ C. Clifford Shirley, Jr._
                                          United States Magistrate Judge